# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DERRIC EMIL THOMPSON,

    Petitioner,

v.

                                      Civil Case No. 8:25-cv-2312-TPB-SPF
                                      Crim. Case No. 8:20-cr-105-TPB-SPF

UNITED STATES OF AMERICA,

    Respondent.

_____

## **ORDER**

    Derric Emil Thompson files an "emergency" motion under 28 U.S.C. § 2255 to vacate his conviction and sentence for conspiracy to commit mail fraud in violation of 18 U.S.C. §§ 1341 and 1349. (Civ. Doc. 1) In 2021, Thompson was sentenced to 33 months' imprisonment followed by three years of supervised release. (Crim. Doc. 58) On January 9, 2023, Thompson was released from prison and began serving his term of supervised release. (Crim. Doc. 70) On August 12, 2025, a judgment for revocation of supervised release was entered against Thompson for his violations of the terms of his supervised release. (Crim. Doc. 93) He was sentenced to a term of 90 days' imprisonment.

    While detained in the Citrus County Detention Facility, Thompson initiated this action on August 28, 2025, by filing an emergency § 2255 motion. (Civ. Doc. 1) He argues that his conviction and sentence were unlawful because

he was charged with conduct that was not criminal, counsel rendered constitutionally ineffective assistance of counsel, and the United States lacked jurisdiction to prosecute him. However, the motion is insufficiently pleaded because it is not written on the court-required standard form and because the motion fails to include much of the information necessary for a proper preliminary review. *See* Local Rule 6.04(a)(2) ("A pro se person in custody must use the standard form—available without charge from the clerk and on the court's website—to file . . . a motion under 28 U.S.C. § 2255[.]").

Accordingly, Thompson's motion (Civ. Doc. 1) is **STRICKEN without prejudice** to filing an amended motion on the standard form by **October 2, 2025**. The Clerk is directed to enter a copy of this order in the criminal case and send Thompson a standard form for filing a motion under § 2255. If Thompson fails to comply with this order, this action will be dismissed without further notice.

**ORDERED** in Tampa, Florida on September 2nd, 2025.

                                      **TOM BARBER**
                                      **UNITED STATES DISTRICT JUDGE**